SW/PR USAO 2018R00684

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. RDB 18-0535 |
| v. | * | |
| | * | (Narcotics Conspiracy, 21 U.S.C. § 846; |
| IVANOVICH CONSTANZO | * | False Claim of U.S. Citizenship, |
| MERCEDES-SORIANO, | * | 18 U.S.C. § 911; Re-entry of Removed |
|   a/k/a "Misael Constanzo Mercedes," | * | Alien after Felony Conviction; 8 U.S.C. |
|   a/k/a "German Pena-Lopez," | * | §§ 1326(a) & (b)(1)) |
| OSCAR O. PILARTE-RIVERA, | * | |
| HERME SORIANO, | * | |
|   a/k/a "Miguel Urraca-Gonzalez," | * | |
| and | * | |
| ELVIN SOLANO-PENA, | * | |
|   a/k/a "Joseph Allen Fields," | * | |
| | * | |
| Defendants | * | |
| | * | |

******

## INDICTMENT

### COUNT ONE
(Narcotics Conspiracy)

The Grand Jury for the District of Maryland charges that:

From a time unknown to the Grand Jury, but no later than in or about June 2018 and continuing through on or about September 2018, in the District of Maryland and elsewhere, the defendants,

**IVANOVICH CONSTANZO MERCEDES-SORIANO,**
a/k/a "Misael Constanzo Mercedes," a/k/a "German Pena-Lopez,"
**OSCAR O. PILARTE-RIVERA,**
**HERME SORIANO,**
a/k/a "Miguel Urraca-Gonzalez," and
**ELVIN SOLANO-PENA,**
a/k/a "Joseph Allen Fields,"

did knowingly combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute 100

grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

## COUNT TWO
### (False Claim of U.S. Citizenship)

The Grand Jury for the District of Maryland further charges that:

On or about September 5 and 6, 2018, in the District of Maryland, the defendant,

**IVANOVICH CONSTANZO MERCEDES-SORIANO,**
a/k/a "Misael Constanzo Mercedes," a/k/a "German Pena-Lopez,"

being a citizen of the Dominican Republic and therefore an alien in the United States, falsely and willfully represented himself to be a citizen of the United States; to wit, he identified himself as "German Pena-Lopez", born in Puerto Rico.

18 U.S.C. § 911

## COUNT THREE
### (False Claim of U.S. Citizenship)

The Grand Jury for the District of Maryland further charges that:

On or about September 5 and 6, 2018, in the District of Maryland, the defendant,

**HERME SORIANO,**
**a/k/a "Miguel Urraca-Gonzalez,"**

being a citizen of the Dominican Republic and therefore an alien in the United States, falsely and willfully represented himself to be a citizen of the United States; to wit, he identified himself as "Miguel Urraca-Gonzalez", born in Puerto Rico.

18 U.S.C. § 911

## COUNT FOUR
### (Illegal Re-entry of Removed Alien after Felony Conviction)

The Grand Jury for the District of Maryland further charges that:

Beginning at least in or about June 2018 and continuing through in or about September 26, 2018, in the District of Maryland, the defendant,

**ELVIN SOLANO-PENA,**
**a/k/a "Joseph Allen Fields,"**

an alien who previously had been deported and removed, after having been convicted of a felony, knowingly entered and was found in the United States of America, the said defendant having not obtained the express consent of the Attorney General of the United States or his or her successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States as required by law.

8 U.S.C. §§ 1326(a) & (b)(1)

Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

October 24, 2018
Date

5